
### Case Information

| | |
|---|---|
| Case Number: | C20232042 |
| Filing Date: | 5/5/2023 |
| Caption: | PAMELA RUGGEROLI VS. RESIDENTIAL REAL ESTATE COUNCIL ET AL. |
| Judge: | CYNTHIA T. KUHN |


### Party Information

| Party Full Name | Party Role | Name Type | DOB |
|---|---|---|---|
| PAMELA RUGGEROLI | Plaintiff | True | |
| PAMELA RUGGEROLI | Plaintiff | True | |
| RESIDENTIAL REAL ESTATE COUNCIL | Defendant | True | |
| ALEX MILSHTEYN | Defendant | True | |


### Case/Document Information

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Affidavit | Certificate Of Service | CERTIFICATE OF SERVICE | 5/9/2023 | Available at Courthouse |
| Open | Petition & Complaint | Complaint | 5/5/2023 | Available at Courthouse |
| Misc | Documents/Records Filed | Civil Cover Sheet | 5/5/2023 | Available at Courthouse |
| Arbitration | Fastar Certificate | FASTAR Certificate | 5/5/2023 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 5/5/2023 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 5/5/2023 | Available at Courthouse |
| Receipt | All Money Receipts | All Money Receipts 3619476 | 5/5/2023 | Available at Courthouse |