# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Ruggeroli,<br><br>    Plaintiff,<br><br>v.<br><br>Residential Real Estate Council, et al.,<br><br>    Defendants. | No. CV-23-00259-TUC-JAS<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Extend Time to Serve Defendant Milshteyn and Motion to Serve by Alternative Method (Doc. 14). Good cause appearing,

**IT IS ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**.
2. The deadline for Plaintiff to serve Defendant Milshteyn is extended through and including **September 30, 2023**.
3. Plaintiff may serve Defendant Milshteyn through certified mail, with said mailing including a copy of this Order.
4. Should Defendant Milshteyn again refuse to accept the certified mail, Plaintiff may serve Defendant through publication, in accordance with Ariz. R. Civ. P. 4.2(f) and MCR 2.105(J)(1).

Dated this 1st day of August, 2023.

Honorable James A. Soto
United States District Judge