# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Ruggeroli,<br><br>    Plaintiff,<br><br>v.<br><br>Residential Real Estate Council,<br><br>    Defendant. | No. CV-23-00259-TUC-JAS<br><br>**ORDER** |

Pending before the Court are two Motions to Dismiss filed by Defendant Residential Real Estate Council. *See* Docs. 28 and 31. The first, was filed in response to Plaintiff Ruggeroli's Amended Complaint. *See* Doc. 28. The second, was filed in response to Plaintiff's Second Amended Complaint. *See* Doc. 31.

The Court is considering the second Motion to Dismiss (Doc. 31). Accordingly, the first Motion to Dismiss (Doc. 28) is **DENIED** as moot.

Dated this 5th day of March, 2025.

Honorable James A. Soto
United States District Judge