**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pamela Ruggeroli, | No. CV-23-00259-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Residential Real Estate Council, | |
| Defendant. | |

Defendant Residential Real Estate Council has filed a Notice of Withdrawal of its Motion to Compel Discovery and For Other Relief. (Doc. 52.)

Based on this Notice, **IT IS ORDERED** that Defendant's "Motion to Compel Discovery and For Other Relief" (Doc. 46) is withdrawn and terminated as moot. Additionally, Plaintiff's "Motion to Strike RRC's Motion to Compel and, alternatively, Plaintiff's Response RRC's Motion to Compel" (Doc. 48) and Plaintiff's Motion for Leave (Doc. 49) are terminated as moot.

Dated this 7th day of May, 2026.

Honorable James A. Soto
United States District Judge