# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Ruggeroli, | No. CV-23-00259-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Residential Real Estate Council, | |
| Defendant. | |

Pending before the Court is the Parties' Joint Motion to Extend Scheduling Order Deadlines.  (Doc. 61.)  Therein, the parties propose a dispositive motion deadline for the summer of 2027.  (*Id.* at 11.)  The undersigned Judge intends to go on inactive senior status prior to the suggested deadline.  Therefore, reassignment is proper so that future litigation is scheduled and handled by one judge.

Accordingly, **IT IS ORDERED**:

1.  This case has been randomly reassigned to the Honorable John C. Hinderaker.

2.  All future filings shall bear the following case number:

**CV-23-00259-TUC-JCH**

Dated this 30th day of July, 2026.

Honorable James A. Soto
United States District Judge